ERIC A. TATE (CA SBN 178719)  \*E-filed 6/23/06\*
ERIKA DROUS (CA SBN 240706)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Telefacsimile: 650.494.0792
Email: ETate@mofo.com
Email: EDrous@mofo.com

Attorneys for Defendant
KONAMI DIGITAL ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORIDA GUTING,<br><br>        Plaintiff,<br><br>    v.<br><br>KONAMI DIGITAL ENTERTAINMENT, INC.,<br>DANIEL LASKOWSKI,<br><br>        Defendants. | Case No.   C06-00457 HRL<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that this case be dismissed with prejudice; however, that if any party thereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: June 23, 2006

   /s/ Howard R. Lloyd
Magistrate Judge Lloyd
United States District Court

ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
Case Number C06-00457 HRL
pa-1075051